1  Stephen J. Tomasulo (Bar No. 181013)
   E-Mail: stomasulo@hillfarrer.com
2  **HILL, FARRER & BURRILL LLP**
   One California Plaza, 37th Floor
3  300 South Grand Avenue
   Los Angeles, CA  90071-3147
4  Telephone: (213) 620-0460
   Fax: (213) 624-4840

Attorneys for Plaintiff,
**SOUTHERN CALIFORNIA STROKE REHABILITATION ASSOCIATES, INC.,**
**a California corporation**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA STROKE REHABILITATION ASSOCIATES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTILUS, INC., dba THE NAUTILUS GROUP, INC., a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  09-CV-744 CAB (MDD)<br><br>**JOINT PROPOSED JURY INSTRUCTIONS WITH PARTY OBJECTIONS** |

The parties hereby submit the proposed jury instructions and objections attached hereto as Exhibit A.

DATED: August 24, 2012    HILL, FARRER & BURRILL LLP

By: */s/ Stephen J. Tomasulo*
Stephen J. Tomasulo
Attorneys for Plaintiff
SOUTHERN CALIFORNIA STROKE
REHABILITATION ASSOCIATES,
INC., a California corporation

DATED: August 24, 2012    WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: */s/ Robert W. Harrison*
Robert W. Harrison, Esq.
Patrick J. Kearns, Esq.
Attorneys for Defendant
NAUTILUS, INC., dba THE
NAUTILUS GROUP, INC.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147